FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 23 2011

Stephan Harris, Clerk
Cheyenne

CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
Assistant United States Attorney
District of Wyoming
PO Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-CV-00270-NDF |
| ROBERT TURNER, SR., | ) | |
| Defendant. | ) | |

## PRAECIPE TO ISSUE SUMMONS

The Clerk will please issue a Summons in the above entitled cause to:

Robert Turner, Sr.

Respectfully submitted this 23rd day of September, 2011.

CHRISTOPHER A. CROFTS
United States Attorney

By: *Mark Klaassen*
MARK A. KLAASSEN
Assistant United States Attorney

Issued